# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: **JESUS JAVIER SOTO TORRES**<br>SSN xxx-xx-5472<br><br>Debtor(s) | CASE NO: **23-00100-MCF**<br><br>**Chapter 13** |
|---|---|

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$1,000.00**    Outstanding (Through the Plan): **$3,000.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $2,533.00**   Estimated Priority Debt: **$7,706.53**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$0.00**

With respect to the (amended) Plan date: **May 23, 2023**  (Dkt  33)    Plan Base: **$18,733.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☑ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 12 %

The Trustee objects to confirmation for the following reasons:

---

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor must submit evidence of the maturity date of the vehicle loan being paid directly to creditor. The Trustee notes that the loan is under the name of a 3rd party.

The Trustee needs such document in order to verify the step up date.

---

Plan payment and Length of Plan

Debtor has failed to disclose in Section 2.1 the reason behind the step ups (maturity of a vehicle loan and a 401k loan).

*OTHER COMMENTS / OBJECTIONS

NONE.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.    Date: May 25, 2023
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884

Tel. (787)977-3535 Fax (787)977-3550

/s/ Nannette Godreau, Esq.

Last Docket Verified: 33   Last Claim Verified: 4   CMC: